that the disability continued from and including September 20, until and including October 8, 1946, and accordingly the petitioner is entitled to compensation for that period of 19 days, calculated at 65 percent of $7.76 per day. Such additional compensation amounts to $95.83. Additional award in that amount should be made by the Board, together with interest thereon at the rate of 8 percent per annum from October 8, 1946.

69 S.Ct. 882

**Z. E. EAGLESTON, petitioner, v. The UNITED STATES of America.**

**No. 611.**

Supreme Court of the United States.
April 18, 1949.

Messrs. George T. Davis, Sol A. Abrams and Anthony E. O'Brien, for petitioner.

Solicitor General Perlman, Assistant Attorney General Campbell, and Messrs. Robert S. Erdahl and Harold D. Cohen, for the United States.